IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MCI WORLDCOM COMMUNICATIONS, INC.,
a Delaware corporation; MCIMETRO
ACCESS TRANSMISSION SERVICES LLC,
a Delaware corporation, and intervenor
FLORIDA DIGITAL NETWORK, INC.,

      Plaintiffs,

vs.                                              CASE NO.: 4:01cv492-SPM

BELLSOUTH TELECOMMUNCATIONS, INC.,
a Georgia corporation; the FLORIDA PUBLIC
SERVICE COMMISSION; E. LEON JACOBS,
JR., in his official capacity as Chairman of the
Florida Public Service Commission; and J.
TERRY DEASON, LILA A. JABER, BRAULIO
L. BAEZ and MICHAEL A. PALECKI, in their
official capacities as Commissioners of the
Florida Public Service Commission,

      Defendants.
_____/

## ORDER OF DISMISSAL

Upon consideration of the Motion to Dismiss of Intervenor Florida Digital Network, Inc. (doc. 111) and Plaintiffs' Motion for Voluntary Dismissal (doc. 112) filed by Plaintiffs MCI WORLDCOM Communications, Inc. and MCImetro Access Transmission Services LLC, pursuant to Federal Rule of Civil Procedure 41(a)(2)

and without objection from Defendants, it is

ORDERED AND ADJUDGED:

1. The motions (docs. 111 and 112) are granted.

2. This case is dismissed with prejudice.

3. Each party shall bear its own costs.

DONE AND ORDERED this 16th day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge